| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Kevin T. Simon - SBN 180967<br>The Law Offices of Kevin T. Simon, APC<br>21241 Ventura Blvd., Suite 253<br>Woodland Hills, CA 91364<br>Tel: (818) 783-1674<br>Facsimile: (818) 783-6253<br>Email: kevin@ktsimonlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtor(s) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - NORTHERN DIVISION**

| In re:<br><br>KRISTINE MARIE STANLEY,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 9:19-bk-10235-MB<br>CHAPTER 13<br><br>**DEBTOR'S MOTION FOR AUTHORITY**<br>**TO SELL REAL PROPERTY**<br>**UNDER LBR 3015-1(p)**<br><br><br>[No Hearing Required] |
|---|---|

Debtor moves this court for an order authorizing the Debtor to sell the real property, described below, pursuant to the terms and conditions described herein.

1. Debtor's Chapter 13 Plan (Plan) was confirmed on:  08/15/2019  .

2. Debtor wishes to sell the real property (Property) located at:
    2282 Torrance Street
    Simi Valley, CA 93065

    The Property is more particularly described in Exhibit "A" attached hereto.

    ☐ Debtor wishes to modify the Plan for early payment of the Plan as described in the *Motion to Modify Plan* submitted by Debtor concurrently with this Motion.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                              Page 1                              **F 3015-1.16.MOTION.SELL.RP**

3. The sale price of the Property is $550,000.00 (ESTIMATED). The following are all of the encumbrances of record against the Property:
   a. Ditech - $246,000.00 - Final Balance to be Determined by Lender
   b. Specialized Loan Servicing - $83,500.00 - Final Balance to be Determined by Lender
   c. _____
   d. _____
   e. _____
   (Add additional page if necessary)

4. After payment of the foregoing encumbrances and all costs of sale:
   ☒ there will remain the approximate sum of $180,630.53 ; OR
   ☐ no proceeds will remain.

5. ☒ (a) The chapter 13 trustee is hereby authorized to make demand upon escrow for sufficient funds to pay off the Plan with a:
      ☒ 100% dividend to unsecured creditors; OR
      ☐ _____% divided as indicated in the confirmed plan.
   After escrow's payment of the encumbrances listed above, any remaining funds shall be paid directly to debtor.
   OR
   ☐ (b) The chapter 13 trustee is hereby authorized to make demand upon escrow for the balance remaining after escrow's payment of the encumbrances listed above even though the amount is insufficient to pay off the Plan. The sale is for the fair market value of the Property.

6. The escrow is being processed by:
   Escrow company name: On Track Escrow
   Address: 1401 W. Rancho Vista Blvd.
   Suite B1
   Palmdale, CA 93551
   Telephone: (661) 265-1005
   Facsimile: (661) 265-1087
   Escrow officer: Shannah Ruzicka
   Escrow number: EST-3609-SR

7. Supporting documents attached to this Motion are:
   a. Exhibit A – Legal description with street address
   b. Exhibit B – ~~Escrow instructions and documents~~ Schedules I and J of the bankruptcy petition
   c. Exhibit C – Estimated closing statement
   d. ~~Exhibit D – Schedules I and J of the bankruptcy petition~~

9. Debtor agrees to provide to chapter 13 trustee a certified copy of the escrow closing statement within 14 days of the close of escrow as a condition to any approval of this motion.

Date: 08/28/2019

_____
Attorney for Debtor

I declare under penalty of perjury that the following is true and correct.

Date: 08/28/2019

_____
Debtor

Date: _____

_____
Joint Debtor

# EXHIBIT "A"

2282 Torrance Street Simi Valley, CA 93065

LOT 85, TRACT NO. 1320-4, IN THE CITY OF SIMI VALLEY, COUNTY OF VENTURA, STATE OF CALIFORNIA, AS SHOWN ON A MAP RECORDED IN BOOK 40, PAGE(S) 3 TO 4 INCLUSIVE, OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

EXCEPT 50 PERCENT OF ALL OIL, GAS, HYDROCARBON SUBSTANCES AND MINERALS LYING IN, ON AND UNDER SAID LAND, WITHOUT, HOWEVER, THE RIGHT TO ENTER UPON THE SURFACE OF SAID LAND OR THE SUBSURFACE THEREOF TO A DEPTH OF 500 FEET MEASURED VERTICALLY FROM THE PRESENT SURFACE, FOR THE PURPOSE OF EXPLORING FOR, PRODUCING OR EXTRACTING SAID SUBSTANCES, AS RESERVED BY CHARLES F. BLACKSTOCK, ET UX., IN DEED RECORDED DECEMBER 30, 1960, IN BOOK 1944, PAGE 413 OF OFFICIAL RECORDS.

ASSESSOR PARCEL NO.: 639-0-095-145

EXHIBIT "B"

Fill in this information to identify your case:

Debtor 1: Kristine Marie Stanley

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number: 9:19-bk-10235-MB
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   | | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ■ Employed <br> ☐ Not employed | ☐ Employed <br> ☐ Not employed |
   | Occupation | Preschool Teacher | |
   | Employer's name | Little Explorers | |
   | Employer's address | 5165 Cochran St <br> Simi Valley, CA 93063 | |
   | How long employed there? | 1 Year, 2 Months | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 1,151.27 | $ N/A |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 | +$ N/A |
| 4. | Calculate gross income. Add line 2 + line 3. | $ 1,151.27 | $ N/A |

Official Form 106I        Schedule I: Your Income        page 1

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
|  | Copy line 4 here | 4. | $ 1,151.27 | $ N/A |
| 5. | List all payroll deductions: |  |  |  |
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 101.27 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ 0.00 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 + | $ N/A |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 101.27 | $ N/A |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 1,050.00 | $ N/A |
| 8. | List all other income regularly received: |  |  |  |
| 8a. | Net income from rental property and from operating a business, profession, or farm  Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ N/A |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ N/A |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive  Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ N/A |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ N/A |
| 8e. | Social Security | 8e. | $ 0.00 | $ N/A |
| 8f. | Other government assistance that you regularly receive  Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.  Specify: | 8f. | $ 0.00 | $ N/A |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ N/A |
| 8h. | Other monthly income. Specify:  Room Rentals | 8h.+ | $ 1,000.00 + | $ N/A |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 1,000.00 | $ N/A |
| 10. | Calculate monthly income. Add line 7 + line 9.  Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 2,050.00 + $ N/A | = $ 2,050.00 |

11. State all other regular contributions to the expenses that you list in *Schedule J*.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify:   Family Contributions to Save Property Only     11.  +$   1,000.00

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and *Related Data*, if it applies     12.  $ 3,050.00
Combined monthly income

13. Do you expect an increase or decrease within the year after you file this form?
■ No.
☐ Yes. Explain:

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Kristine Marie Stanley |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | 9:19-bk-10235-MB |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?

   ■ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
   
   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. Do you have dependents? ■ No

   Do not list Debtor 1 and Debtor 2.
   ☐ Yes. Fill out this information for each dependent...........
   
   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?
   ■ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $    1,708.25

   If not included in line 4:
   
   4a. Real estate taxes    4a. $    0.00
   4b. Property, homeowner's, or renter's insurance    4b. $    0.00
   4c. Home maintenance, repair, and upkeep expenses    4c. $    50.00
   4d. Homeowner's association or condominium dues    4d. $    0.00
5. Additional mortgage payments for your residence, such as home equity loans    5. $    0.00

| Debtor 1 | Kristine Marie Stanley | Case number (if known) | 9:19-bk-10235-MB |
|---|---|---|---|

6. **Utilities:**
   - 6a. Electricity, heat, natural gas — 6a. $ 130.00
   - 6b. Water, sewer, garbage collection — 6b. $ 160.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services — 6c. $ 126.00
   - 6d. Other. Specify: — 6d. $ 0.00
7. **Food and housekeeping supplies** — 7. $ 275.00
8. **Childcare and children's education costs** — 8. $ 0.00
9. **Clothing, laundry, and dry cleaning** — 9. $ 10.00
10. **Personal care products and services** — 10. $ 50.00
11. **Medical and dental expenses** — 11. $ 0.00
12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ 150.00
13. **Entertainment, clubs, recreation, newspapers, magazines, and books** — 13. $ 0.00
14. **Charitable contributions and religious donations** — 14. $ 0.00
15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ 0.00
    - 15b. Health insurance — 15b. $ 0.00
    - 15c. Vehicle insurance — 15c. $ 140.00
    - 15d. Other insurance. Specify: — 15d. $ 0.00
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: — 16. $ 0.00
17. **Installment or lease payments:**
    - 17a. Car payments for Vehicle 1 — 17a. $ 0.00
    - 17b. Car payments for Vehicle 2 — 17b. $ 0.00
    - 17c. Other. Specify: — 17c. $ 0.00
    - 17d. Other. Specify: — 17d. $ 0.00
18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** — 18. $ 0.00
19. **Other payments you make to support others who do not live with you.** Specify: — 19. $ 0.00
20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**
    - 20a. Mortgages on other property — 20a. $ 0.00
    - 20b. Real estate taxes — 20b. $ 0.00
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ 0.00
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ 0.00
    - 20e. Homeowner's association or condominium dues — 20e. $ 0.00
21. **Other:** Specify: Emergency Expenses — 21. +$ 50.00

22. **Calculate your monthly expenses**
    - 22a. Add lines 4 through 21. — $ 2,849.25
    - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 — $
    - 22c. Add line 22a and 22b. The result is your monthly expenses. — $ 2,849.25

23. **Calculate your monthly net income.**
    - 23a. Copy line 12 (your combined monthly income) from Schedule I. — 23a. $ 3,050.00
    - 23b. Copy your monthly expenses from line 22c above. — 23b. -$ 2,849.25
    - 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. — 23c. $ 200.75

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    - ■ No.
    - ☐ Yes. Explain here:

# EXHIBIT "C"



**On Track Escrow**
1401 W. Rancho Vista Blvd., Suite B1, Palmdale, CA 93551
Tel: (661) 265-1005 • Fax: (661) 265-1087

**SELLER'S CLOSING STATEMENT**
Estimated

**File No.:** EST-3609-SR
**Officer/Escrow Officer:** Shannah Ruzicka

**Printed Date/Time:** 08/27/2019 - 8:58:27AM
Page 1 of 1
**Closing Date:**
**Disbursement Date:**

**Buyer/Borrower:**
**Seller:** Kristine Marie Stanley
**Property:** 2282 Torrance Street, Simi Valley, CA 93065

| DESCRIPTION | DEBITS | CREDITS |
|---|---|---|
| **TOTAL CONSIDERATION** | | 550,000.00 |
| **COMMISSION(S):** | | |
| Listing Broker: C21 Amigo | 16,500.00 | |
| Selling Broker: Selling Agent | 16,500.00 | |
| **TITLE CHARGES** | | |
| Owner's Premium for 550,000.00: Any Reliable Title Company | 1,656.00 | |
| Deed Recording Fee: Any Reliable Title Company | 35.00 | |
| County Transfer Tax: Any Reliable Title Company | 605.00 | |
| Sub Escrow Fee: Any Reliable Title Company | 62.50 | |
| **ESCROW CHARGES TO: On Track Escrow** | | |
| Settlement Agent Fee | 1,917.50 | |
| Document Preparation Fee | 80.00 | |
| Demand Request Fee | 80.00 | |
| Archiving Fee | 35.00 | |
| **LOAN PAYOFF: 1st** | | |
| Principal Balance | 246,000.00 | |
| Total Loan Payoff | 246,000.00 | |
| **LOAN PAYOFF: 2nd** | | |
| Principal Balance | 83,500.00 | |
| Total Loan Payoff | 83,500.00 | |
| **TAXES:** | | |
| Property Tax-1st to: Ventura County Tax Collector | 1,543.47 | |
| **ADDITIONAL DISBURSEMENTS:** | | |
| Natural Hazard Report Fee: To Be Determined | 130.00 | |
| Pest Inspection: To Be Determined | 100.00 | |
| Home Owner's Warranty: TO BE DETERMINED | 500.00 | |
| Notary: To Be Determined | 30.00 | |
| Estimated Wire/Overnight/Messenger Fees: . | 95.00 | |
| **SUBTOTALS** | 369,369.47 | 550,000.00 |
| **DUE TO SELLER** | 180,630.53 | |
| **TOTALS** | 550,000.00 | 550,000.00 |

_____
Kristine Marie Stanley

_____
Shannah Ruzicka, Escrow Officer

THIS IS AN ESTIMATED CLOSING STATEMENT FIGURES ARE SUBJECT TO CHANGE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

The Law Offices of Kevin T. Simon, APC 21241 Ventura Blvd., Suite 253 Woodland Hills, CA 91364

A true and correct copy of the foregoing document entitled: **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY UNDER LBR 3015-1 (p)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 11/20/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Elizabeth (ND) F Rojas (TR):   cacb_ecf_nd@ch13wla.com
United States Trustee (ND):    ustpregion16.nd.ecf@usdoj.gov
Kevin T Simon:                 kevin@ktsimonlaw.com
Darren J Devlin                darren@resolutionfunding.net
Ghidotti Berger LLP            bknotifications@ghidottiberger.com  kilberstein@ghidottiberger.com  bjaquez@ghidott
Beckett and Lee LLP            notices@becket-lee.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 11/20/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 11/20/2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Judge's Copy: Honorable Martin R. Barash 21041 Burbank Boulevard, Suite 342 / Ctrm. 202 Woodland Hills, CA 91367

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 11/20/2019 | Alyssum Gruenfeldt-Roy | /s/ Alyssum Gruenfeldt-Roy |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                  Page 3                          **F 3015-1.16.MOTION.SELL.RP**

**ADDITIONAL SERVICE INFORMATION:**

**Debtor(s):**
Kristine Marie Stanley
2282 Torrance Street
Simi Valley, CA 93065

**Chapter 13 Trustee (Certified Mail)**
Elizabeth F. Rojas
15260 Ventura Blvd, Suite 710
Sherman Oaks, CA 91403

**Office of the United States Trustee (Certified Mail)**
915 Wilshire Blvd., Ste 1850
Los Angeles, CA 90017

**Specialized Loan Servicing, LLC, as servicer for U.S. Bank National Trust Association, not in its individual capacity but solely as owner trustee et al. (Certified Mail)**
The Law Offices of Jason C. Tatman
5677 Oberlin Drive, Suite 210
San Diego, CA 92121

**Specialized Loan Servicing, LLC, as servicer for U.S. Bank National Trust Association, et al. (Certified Mail)**
Darren J Devlin
5480 Baltimore Dr Ste 204
La Mesa, CA 91942
Attn: Toby Wells, CEO

**Specialized Loan Servicing, LLC (Entity) (Certified Mail)**
8749 LUCENT BLVD STE 300
HIGHLANDS RANCH CO 80129
Attn: Toby Wells, CEO

**Agent for Service of Process for Specialized Loan Servicing, LLC(Certified Mail)**
United Agent Group Inc
4640 Admiralty Way, 5th Fl.
Marina Del Rey, CA 90292

**Specialized Loan Servicing/SLS (PACER)(Certified Mail)**
Attn: Lemuel Bryant Jaquez, Kristin A Zilberstein, Michelle R Ghidotti
Attn: Bankruptcy Dept
8742 Lucent Blvd, #300
Highlands Ranch, CO 80129

**US Bank Trust NA (Certified Mail)**
represented by   Michelle R Ghidotti
Ghidotti Berger LLP
1920 Old Tustin ave.
Santa Ana, CA 92705

**U.S. Bank National Association (FDIC) (Certified Mail)**
425 Walnut Street
Cincinnati, OH 45202
Hamilton County
Attn: Andrew Cercere, CEO

**US Bancorp (Entity) (Certified Mail)**
800 NICOLLET MALL
MINNEAPOLIS MN 55402
Attn: Andrew Cercere, CEO

**Agent for Service of Process for US Bancorp (Certified Mail)**
CT Corporation System
818 Seventh St., Ste. 930
Los Angeles, CA 90017

**Ditech (Statement)(Certified Mail)**
Attn: Bankruptcy
PO Box 6172
Rapid City, SD 57709
Attn: Thomas Marano, CEO

**DITECH FINANCIAL LLC (Entity)(Certified Mail)**
1100 VIRGINIA DRIVE, SUITE 100A
FORT WASHINGTON PA 19034
Attn: Thomas Marano, CEO

**Agent for Service of Process for Ditech Financial LLC (Certified Mail)**
CT Corporation System
818 7th St., Suite 930
Los Angeles, CA 90017

ERC/Enhanced Recovery Corp
Attn: Bankruptcy
8014 Bayberry Rd
Jacksonville, FL 32256

Franchise Tax Board
Attn: Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7349

Quality Loan Service Corp
2763 Camino Del Rio South
TS# CA-18-804769-JB
San Diego, CA 92108

The Mortgage Law Firm PLC
27455 Tierra Alta Way, Ste B
TS# 136467
Temecula, CA 92590