1  Kristin A. Zilberstein, Esq. (SBN: 200041)
2  L. Bryant Jaquez, Esq. (SBN: 252125)
   Adam P. Thursby, Esq. (SBN 318465)
3  GHIDOTTI | BERGER LLP
   1920 Old Tustin Ave.
4  Santa Ana, CA 92705
5  Ph:  (949) 427-2010 ext. 1010
   Fax: (949) 427-2732
6  bjaquez@ghidottiberger.com

7  Attorney for Secured Creditor
8  U.S. Bank Trust, N.A., as Trustee of Cabana Series III Trust, its successors and/or assignees

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA BARBARA DIVISION

| In Re: | ) | CASE NO.:  9:19-bk-10235-MB |
|---|---|---|
| KRISTINE MARIE STANLEY | ) | CHAPTER 13 |
| Debtor (s). | ) | **CONDITIONAL NON-OPPOSITION TO MOTION FOR AUTHORITY TO SELL REAL PROPERTY** |
| | ) | Judge: Martin R. Barash |

TO ALL PARTIES IN INTEREST AND TO THEIR ATTORNEYS OF RECORD:

U.S. Bank Trust, N.A., as Trustee of Cabana Series III Trust, its successors and/or assignees, (hereinafter "Secured Creditor"), in the above-entitled Bankruptcy proceeding, hereby submits the following conditional non-opposition to the motion for authority to refinance the property generally described as 2282 Torrance Street, Simi Valley, CA 93065 (the " Property") filed by Debtors.

On or about July 14, 2004, Debtor executed a Note in the principal sum of $255,000.00 with a maturity date of August 1, 2034. The Note is secured by a Deed of Trust of even date recorded in the Official Records of Ventura County California encumbering the Property. Secured Creditor is the current holder of all right, title, and interest in the Note and Deed of Trust.

On February 13, 2019, Debtor file the instant Chapter 13 Bankruptcy action. As of February 13, 2019, Secured Creditor's total claim was $252,104.78, including pre-petition arrearagese of $27,612.60, as described in Proof of Claim 3.

The Debtor's confirmed Chapter 13 Plan indicates that the Debtor would cure pre-petition arrearages and maintain post-petition mortgage payments. However, the Debtor has failed to maintain post-petition mortgage payments and is currently in arrears post-petition for the months of September through December at $1,670.64 each, for a total delinquent amount post-petition of $6,682.56.

Debtor's filed the instant motion seeking to sell the Property for $550,000.00 and paying Secured Creditor approximately $246,000.00. After review of the Motion, the Secured Creditor has no opposition to the proposed sale of the Property on the condition that Secured Creditor receive its full payoff pursuant to an updated payoff statement through the sale

closing date. As of December 2, 2019, the total payoff to Secured Creditor is approximately $262,961.19.

      Thus, Secured Creditor files this conditional non-opposition to preserve its rights. Secured Creditor is only agreeable to the sale of the Property provided that the order provide that (1) Secured Creditor shall receive its full payoff pursuant to an updated payoff statement good through the sale closing date, (2) identify a reasonable projected closing date, and (3) order Debtors maintain payments in the interim. Further, Secured Creditor requests that any order authorizing the sale provide that Secured Creditor's lien attaches to the proceeds of the sale until such time as the Secured Creditor's lien is fully satisfied from the proceeds of sale.

Dated: December 4, 2019                      GHIDOTTI | BERGER LLP

                                        <u>/s/ L. Bryant Jaquez</u>
                                        L. Bryant Jaquez, Esq.
                                        Counsel for Secured Creditor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1920 Old Tustin Ave.
Santa Ana, CA 92705

A true and correct copy of the foregoing document entitled (*specify*): **CONDITIONAL NONOPPOSITION TO MOTION FOR AUTHORITY TO SELL REAL PROPERTY**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On December 4, 2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Elizabeth L Agolla    notices@becket-lee.com, notices@becket-lee.com
- Darren J Devlin    darren@resolutionfunding.net
- Michelle R Ghidotti    bknotifications@ghidottiberger.com, gbadmin@ecf.courtdrive.com
- Lemuel Bryant Jaquez    bknotifications@ghidottiberger.com,gbadmin@ecf.courtdrive.com
- Elizabeth (ND) F Rojas (TR)    cacb_ecf_nd@ch13wla.com
- Kevin T Simon    kevin@ktsimonlaw.com, SimonKR80921@notify.bestcase.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
- Kristin A Zilberstein    bknotifications@ghidottiberger.com;gbadmin@ecf.courtdrive.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On December 4, 2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Debtor**: Kristine Marie Stanley, 2282 Torrance Street, Simi Valley, CA 93065
**Judge's Copy**: US Bankruptcy Court, Attn: Hon. Martin R. Barash, 21041 Burbank Boulevard, Suite 342, Woodland Hills, CA 91367

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/4/2019 | Enrique Alarcon | */s/ Enrique Alarcon* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**