Austin P. Nagel, SBN 118247
Kirsten Martinez., SBN 147314
Stephen T. Hicklin, SBN 136568
Bonial & Associates, P.C.
30021 Tomas, Suite 110
Rancho Santa Margarita, California 92688
Telephone: (213) 863-6010
Fax: (213) 863-6065
Kirsten.Martinez@BonialPC.com

Attorney for Secured Creditor

# UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

| In re:<br><br>Kristine Marie Stanley ,<br><br><br><br><br><br><br><br><br><br>Debtor | Case No. 9:19-bk-10235-MB<br><br>Chapter 13<br><br>**RESPONSE TO DEBTOR'S MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE**<br><br>Hearing:<br>Date:   January 16, 2020<br>Time:   10:00 A.M.<br>Place:  Courtroom 201<br>           1415 State Street<br>           Santa Barbara, CA 93101 |
|---|---|

**TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, DEBTOR'S COUNSEL, THE TRUSTEE, AND OTHER INTERESTED PARTIES:**

U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2018-SL1 ("Secured Creditor"), as serviced by Specialized Loan Servicing, LLC ("SLS"), hereby responds to the Debtor's Motion for Authority to Sell Real Property ("the Motion") in the above-captioned matter. Secured Creditor is a party in interest as the holder of the secured claim that is the subject of the Motion and responds as follows:

1.  **Secured Creditor's claim relating to the Property:** Secured Creditor holds a claim secured by an agreed second priority deed of trust on the real property commonly known as 2282 Torrance St, Simi Valley, California 93065 (the "Property").

3.  **Secured Creditor does not oppose the Debtor's Motion:** Debtor's motion seeks to sell the property for $550,000.00. Secured Creditor does not oppose the sale provided it is paid in full out of escrow pursuant to an updated payoff demand.

Dated: 12/18/2019                                    Respectfully Submitted,

Bonial & Associates, P.C.

By:   */s/ Kirsten Martinez*
Kirsten Martinez
Attorney for Secured Creditor

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**14841 Dallas Parkway, Suite 425**
**Dallas, Texas 75254**

A true and correct copy of the foregoing document entitled (*specify*): **RESPONSE TO DEBTOR'S MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **12/18/2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

*U.S. Trustee*
ustpregion16.nd.ecf@usdoj.gov

*Trustee*
Elizabeth F. Rojas
Cacb_ecf_nd@ch13wla.com

*Debtor's Attorney*
Kevin T. Simon
kevin@ktsimonlaw.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) **12/18/2019**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

*Debtor*
Kristine Marie Stanley
2282 Torrance Street
Simi Valley, CA 93065-4963

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **12/18/2019** | **Bristol Cox** | */s/ Bristol Cox* |
|---|---|---|
| Date | Printed Name | Signature |

4128-N-3537

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                              **F 9013-3.1.PROOF.SERVICE**