| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Kevin T. Simon - SBN 180967<br>The Law Offices of Kevin T. Simon, APC<br>21241 Ventura Blvd., Suite 253<br>Woodland Hills, CA 91364<br>Tel: (818) 783-1674<br>Facsimile: (818) 783-6253<br>Email: kevin@ktsimonlaw.com<br><br>☐ *Debtor appearing without attorney*<br>☒ *Attorney for: Debtor(s)*<br>☐ *Chapter 13 trustee* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JAN 29 2020**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY ortiz    DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – *NORTHERN* DIVISION**

| In re:<br><br>KRISTINE MARIE STANLEY,<br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 9:19-bk-10235-MB<br>CHAPTER: 13<br><br>**ORDER ON:**<br>☐ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**<br>☒ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION**<br>☐ **OTHER:**<br><br>☐ No hearing held<br>☒ Hearing held<br>DATE:        January 16, 2020<br>TIME:        10:00 am<br>COURTROOM: 201<br>PLACE:       1415 State Street<br>              Santa Barbara, CA 93101 |

Based on Debtor's motion filed on (*date*) 11/20/2019 as docket entry number 51 and the recommendation of the chapter 13 trustee, it is ordered that Debtor's motion is:

☐   Granted          ☐   Denied

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013* | Page 1 | **F 3015-1.14.ORDER.CH13.GENRL**

☒ Granted on the terms set forth in the chapter 13 trustee's comments on or objection to Debtor's motion [Docket # 53]:

    1. Provided the Chapter 13 Trustee takes statutory fees on claims paid through escrow;
    2. Plan remains at 100.000%;
    3. The Chapter 13 Trustee will make a demand of $22,000.00.

☒ Granted on the following conditions:

Granted in part, denied in part pursuant to first deed of trust U.S. Bank Trust N.A.'s Response [Docket #54]:
- Granted as to Creditor's request to receive its full payoff pursuant to an updated payoff statement good through the sale closing date, and Creditor's lien shall attach to the proceeds of the sale until such time as Creditor's lien is fully satisfied from the proceeds of the sale.
- Overruled as to Creditor's request to identify a reasonable projected closing date, and request to order Debtor to maintain payments in the interim.

Pursuant to Creditor's Response [Docket # 58]: Provided second deed of trust creditor U.S. Bank Trust N.A. is paid in full out of escrow pursuant to an updated payoff demand.

☐ Set for hearing on (*date*) _____ at (*time*) _____.

###

Date: January 29, 2020

_Martin R. Barash_
Martin R Barash
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*    Page 2    F 3015-1.14.ORDER.CH13.GENRL